UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
ASHLAND DIVISION

| | |
|---|---|
| **LEWIS BUSTETTER,**<br><br>     **Plaintiff,**<br><br>v.<br><br>**STANDARD INSURANCE COMPANY,**<br><br>     **Defendant.** | **Civil Action No. 0:18-cv-00001-DLB** |

## JOINT STATUS REPORT

Pursuant to the Court's order (Dkt 60), the parties have conferred and submit the following schedule addressing "discovery and briefing the second denial of benefits."

  **1.**  **Administrate Record**:

Plaintiff's position:  Defendant will file the Administrative Record on or before **June 26, 2020**.  Defendant shall provide Plaintiff with a complete, accurate, and unredacted copy at the time of the filing.  Defendant has indicated it intends to mark certain documents "privileged."  However, it is unclear how any privileged material could be contained in the Administrative Record in light of the fiduciary exception. *See Thies v. Life Ins. Co. of N. Am.*, 768 F. Supp. 2d 908, 911 (W.D. Ky. 2011) ("Under the fiduciary exception in the context of ERISA, 'a fiduciary of an ERISA plan 'must make available to the beneficiary, upon request, any communications with an attorney that are intended to assist in the administration of the plan.'").

  To the extent Defendant asserts any claim of privilege, Plaintiff reserves the right to seek discovery to challenge the claim of privilege and the Administrative Record as a whole.

  Defendant's position:  Defendant will file and serve the Administrative Record by June 26, 2020.  If any documents are withheld on the basis of privilege, they will be identified on a

privilege log. The "fiduciary exception" to the attorney-client privilege referenced by Plaintiff is not absolute. For example, the exception does not apply in the context of litigation or in anticipation of litigation. *See, e.g., Thies v. Life Ins. Co. of N. Am.*, 768 F. Supp. 2d 908, 912-913 (W.D. Ky. 2011) (holding fiduciary exception does not apply when there is a "real and substantial possibility of litigation").

**2.     Briefing**:

- Dispositive motions due by **August 14, 2020**.
- Response briefs due by **September 14, 2020**.
- Replies, if any, due by **October 14, 2020**.

* * * * * * * *

s/ Jacqueline J. Herring
Jacqueline J. Herring
SMITH |VON SCHLEICHER + ASSOCIATES
180 N. LaSalle St. Suite 3130
Chicago, Illinois 60601
P 312.541.0300 | F 312.541.0933
jackie.herring@svs-law.com
Ill. Bar No. 6282246

*Counsel for Defendant*

s/ Andrew M. Grabhorn
Michael D. Grabhorn
m.grabhorn@grabhornlaw.com
Andrew M. Grabhorn
a.grabhorn@grabhornlaw.com
**Grabhorn Law | Insured Rights®**
2525 Nelson Miller Parkway, Suite 107
Louisville, KY  40223
p: (502) 244-9331
f: (502) 244-9334

William H. Wilhoit
P.O. Box 35
Grayson, Kentucky 41143
p: (606) 474-8833

*Counsel for Plaintiff*